# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Traci E. Flynn,<br>    aka Traci Erin Flynn,<br>    fka Traci Erin Karn<br>    &<br>John W. Flynn,<br>    fdba Care Minders Home Care,<br>    aka John Worthington Flynn,<br>    fdba Mason Dixon Healthcare, LLC<br><br>                Debtor(s) | BK NO. 16-04028 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association as Servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-8 and index same on the master mailing list.

                                                            Respectfully submitted,


                                                     **/s/ James C. Warmbrodt, Esquire**
                                                     James C. Warmbrodt, Esquire
                                                     KML Law Group, P.C.
                                                     BNY Mellon Independence Center
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA  19106
                                                     412-430-3594