UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg DIVISION

In re: FLYNN, JOHN W. § Case No. 16-04028
FLYNN, TRACI E. §
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John P. Neblett, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $690,157.17 | Assets Exempt: | $62,100.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $24,123.72 | Claims Discharged Without Payment: | $230,085.92 |
| Total Expenses of Administration: | $3,823.71 | | |

3) Total gross receipts of $27,947.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $27,947.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $715,139.78 | $30,417.52 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,806.52 | $3,823.71 | $3,823.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $254,138.49 | $109,802.04 | $109,802.04 | $24,123.72 |
| **TOTAL DISBURSEMENTS** | $969,278.27 | $144,026.08 | $113,625.75 | $27,947.43 |

4) This case was originally filed under chapter 7 on 09/28/2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2017   By: /s/ John P. Neblett
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking: Bulldog Federal Credit Union | 1129-000 | $27,947.43 |
| **TOTAL GROSS RECEIPTS** | | **$27,947.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | BB&T | 4110-000 | $31,918.00 | $30,417.52 | $0.00 | $0.00 |
| N/F | PNC Bank | 4110-000 | $85,998.78 | NA | NA | NA |
| N/F | PNC Bank | 4110-000 | $109,505.00 | NA | NA | NA |
| N/F | Susquehanna Bank | 4110-000 | $101,000.00 | NA | NA | NA |
| N/F | Susquehanna Bank | 4110-000 | $31,918.00 | NA | NA | NA |
| N/F | Wells Fargo Home Mortgage | 4110-000 | $354,800.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$715,139.78** | **$30,417.52** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John P. Neblett | 2100-000 | NA | $3,544.74 | $3,544.74 | $3,544.74 |
| Trustee, Expenses - John P. Neblett | 2200-000 | NA | $63.00 | $63.00 | $63.00 |
| Bond Payments - International Sureties, LTD | 2300-000 | NA | $0.00 | $17.19 | $17.19 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $198.78 | $198.78 | $198.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,806.52 | $3,823.71 | $3,823.71 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | M&T Bank - PO Box 1508 Buffalo | 7100-000 | $82,533.11 | $82,903.80 | $82,903.80 | $18,214.13 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | $6,691.06 | $6,691.06 | $6,691.06 | $1,470.04 |
| 3 | Discover Bank Discover Products Inc | 7100-000 | $3,538.67 | $3,538.67 | $3,538.67 | $777.45 |
| 4 | DE LAGE LANDEN FINANCIAL SERVICES, INC.Attn: T. Veitz | 7100-000 | $6,874.09 | $6,574.65 | $6,574.65 | $1,444.46 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $7,235.31 | $7,235.21 | $7,235.21 | $1,589.59 |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $830.94 | $830.94 | $830.94 | $182.56 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | $2,027.71 | $2,027.71 | $2,027.71 | $445.49 |
| N/F | Advanced Recovery Systems | 7100-000 | $992.38 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $11,213.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $8,390.00 | NA | NA | NA |
| N/F | Barclay's | 7100-000 | $2,554.67 | NA | NA | NA |
| N/F | Centric | 7100-000 | $290.00 | NA | NA | NA |
| N/F | Chase-Ink | 7100-000 | $7,992.00 | NA | NA | NA |
| N/F | CitiCards | 7100-000 | $7,235.31 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CitiCards | 7100-000 | $830.94 | NA | NA | NA |
| N/F | City of Hagerstown | 7100-000 | $294.10 | NA | NA | NA |
| N/F | City of Hagerstown | 7100-000 | $245.35 | NA | NA | NA |
| N/F | Comcast Cable | 7100-000 | $1,244.51 | NA | NA | NA |
| N/F | DeLage Landen Financial Srv. | 7100-000 | $6,874.09 | NA | NA | NA |
| N/F | Discover | 7100-000 | $6,691.06 | NA | NA | NA |
| N/F | Discover | 7100-000 | $3,538.67 | NA | NA | NA |
| N/F | Hagerstown Light Dept. | 7100-000 | $271.06 | NA | NA | NA |
| N/F | Hagerstown Light Dept. | 7100-000 | $204.72 | NA | NA | NA |
| N/F | Lowe's/Synchrony Bank | 7100-000 | $2,027.71 | NA | NA | NA |
| N/F | M & T Bank | 7100-000 | $82,533.11 | NA | NA | NA |
| N/F | MRS BPO, LLC | 7100-000 | $81.33 | NA | NA | NA |
| N/F | Peerless Credit Sercvices | 7100-000 | $36.00 | NA | NA | NA |
| N/F | Potomac Edison | 7100-000 | $131.85 | NA | NA | NA |
| N/F | Stericycle | 7100-000 | $560.74 | NA | NA | NA |
| N/F | The Catholic Leader | 7100-000 | $175.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$254,138.49** | **$109,802.04** | **$109,802.04** | **$24,123.72** |

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case No.: 16-04028 | Trustee Name: (580060) John P. Neblett |
| Case Name: FLYNN, JOHN W. / FLYNN, TRACI E. | Date Filed (f) or Converted (c): 09/28/2016 (f) |
| | § 341(a) Meeting Date: 10/28/2016 |
| For Period Ending: 10/17/2017 | Claims Bar Date: 02/01/2017 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1068 Briarbend Way, Greencastle, PA 17225-0000, Franklin County Single-family home, Single family residence situate at 1068 Briarbend Way, Greencastle, Franklin County, Pennsylvania, as more particularly described on the attached deed. The value of this real estate based upon tax assessed value (60,180) multiplied by the Franklin County common level ratio (7.14) is $429,685.20. However, Debtors believe a fair market value for this real estate is $375,000.00. Entire property value: $375,000.00 | 375,000.00 | 0.00 | | 0.00 | FA |
| 2 | 18807 Briarwood Drive, Hagerstown, MD | 145,000.00 | 0.00 | | 0.00 | FA |
| 3 | 5 Maple Avenue, Hagerstown, MD 21740-0000, Washington County Investment property, Rental real estate situate at 5 Maple Avenue, Hagerstown, Washington County, Maryland, as more particularly described on the attached deed. Entire property value: $145,000.00 | 145,000.00 | 3,577.00 | | 0.00 | FA |
| 4 | 2004 Ford Excursion, 100,000 miles, 2004 Ford Excursion automobile, over 100,000 miles, fair condition (see Kelley Blue Book value attached). Entire property value: $5,321.00 | 5,321.00 | 0.00 | | 0.00 | FA |
| 5 | 2013 Ford Escape, 91,000 miles, Average condition - see Edmunds value attached. Entire property value: $8,804.00 | 8,804.00 | 68.00 | | 0.00 | FA |
| 6 | Misc. household goods and furniture, including appliances, computer equipment, and audio/video equipment | 7,000.00 | 0.00 | | 0.00 | FA |
| 7 | Golf clubs and baseball equipment | 350.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-04028  
**Case Name:** FLYNN, JOHN W.  
FLYNN, TRACI E.  
**For Period Ending:** 10/17/2017

**Trustee Name:** (580060) John P. Neblett  
**Date Filed (f) or Converted (c):** 09/28/2016 (f)  
**§ 341(a) Meeting Date:** 10/28/2016  
**Claims Bar Date:** 02/01/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Misc. wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: BB&T, f/k/a Susquehanna Bank - checkbook ledger balance as of date of signing petition | 14.94 | 0.00 | | 0.00 | FA |
| 12 | Checking: BB&T f/k/aSusquehanna Bank - checkbook ledger balance as of date of signing petition | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Savings: Capital One 360 accounts - ledger balance as of date of signing petition | 2,817.23 | 0.00 | | 0.00 | FA |
| 14 | Checking: Bulldog Federal Credit Union | 44,758.26 | 27,947.43 | | 27,947.43 | FA |
| 14 | Assets  Totals  (Excluding unknown values) | **$734,915.43** | **$31,592.43** | | **$27,947.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/16 Status Report: This case involves the turnover of non-exempt funds in debtor's bank account. No tax return required. Awaiting claims bar date then TFR.

7/27/17 Status Report: During this period, claims were reviewed, TFR filed and approved, and NFR served. Awaiting distribution.

**Initial Projected Date Of Final Report (TFR):** 06/30/2017  **Current Projected Date Of Final Report (TFR):** 04/17/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 3

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 16-04028  
**Case Name:** FLYNN, JOHN W.  
FLYNN, TRACI E.  

**For Period Ending:** 10/17/2017

**Trustee Name:** (580060) John P. Neblett  
**Date Filed (f) or Converted (c):** 09/28/2016 (f)  
**§ 341(a) Meeting Date:** 10/28/2016  
**Claims Bar Date:** 02/01/2017

10/17/2017  
_____  
Date

/s/John P. Neblett  
_____  
John P. Neblett

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9  
Page: 1

| | |
|---|---|
| Case No.: | 16-04028 |
| Case Name: | FLYNN, JOHN W. / FLYNN, TRACI E. |
| Taxpayer ID #: | **-***8670 |
| For Period Ending: | 10/17/2017 |

| | |
|---|---|
| Trustee Name: | John P. Neblett (580060) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******2900 Checking |
| Blanket Bond (per case limit): | $14,877,090.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2016 | {14} | John and Traci Flynn | Non-exempt equity in Bulldog Credit Union Account | 1129-000 | 27,947.43 | | 27,947.43 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.41 | 27,910.02 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.03 | 27,869.99 |
| 01/14/2017 | 101 | International Sureties, LTD | Bond # 016026361 for 1/1/17 - 1/1/18 | 2300-000 | | 17.19 | 27,852.80 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.74 | 27,810.06 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.33 | 27,772.73 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.27 | 27,731.46 |
| 08/27/2017 | 102 | John P. Neblett | JOHN W. FLYNN AND TRACI E. FLYNN-Admin Ch. 7-Filed: $3,544.74-Paid:$3,544.74 | 2100-000 | | 3,544.74 | 24,186.72 |
| 08/27/2017 | 103 | John P. Neblett | JOHN W. FLYNN AND TRACI E. FLYNN-Admin Ch. 7-Filed: $63.00-Paid:$63.00 | 2200-000 | | 63.00 | 24,123.72 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)

! - transaction has not been cleared

| | | Exhibit 9 |
|---|---|---|
| | Form 2 | Page: 2 |

# Cash Receipts And Disbursements Record

| Case No.: | 16-04028 | Trustee Name: | John P. Neblett (580060) |
|---|---|---|---|
| Case Name: | FLYNN, JOHN W. FLYNN, TRACI E. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8670 | Account #: | ******2900 Checking |
| For Period Ending: | 10/17/2017 | Blanket Bond (per case limit): | $14,877,090.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/27/2017 | 104 | M&T Bank - PO Box 1508 Buffalo | JOHN W. FLYNN AND TRACI E. FLYNN-Unsecured-Filed: $82,903.80-Paid:$18,214.13 | 7100-000 | | 18,214.13 | 5,909.59 |
| 08/27/2017 | 105 | Discover Bank Discover Products Inc | JOHN W. FLYNN AND TRACI E. FLYNN-Unsecured-Filed: $6,691.06-Paid:$1,470.04 | 7100-000 | | 1,470.04 | 4,439.55 |
| 08/27/2017 | 106 | Discover Bank Discover Products Inc | JOHN W. FLYNN AND TRACI E. FLYNN-Unsecured-Filed: $3,538.67-Paid:$777.45 | 7100-000 | | 777.45 | 3,662.10 |
| 08/27/2017 | 107 | DE LAGE LANDEN FINANCIAL SERVICES, INC.Attn: T. Veitz | JOHN W. FLYNN AND TRACI E. FLYNN-Unsecured-Filed: $6,574.65-Paid:$1,444.46 | 7100-000 | | 1,444.46 | 2,217.64 |
| 08/27/2017 | 108 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | JOHN W. FLYNN AND TRACI E. FLYNN-Unsecured-Filed: $7,235.21-Paid:$1,589.59 | 7100-000 | | 1,589.59 | 628.05 |
| 08/27/2017 | 109 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | JOHN W. FLYNN AND TRACI E. FLYNN-Unsecured-Filed: $830.94-Paid:$182.56 | 7100-000 | | 182.56 | 445.49 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-04028 | | Trustee Name: | John P. Neblett (580060) |
|---|---|---|---|---|
| Case Name: | FLYNN, JOHN W. FLYNN, TRACI E. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8670 | | Account #: | ******2900 Checking |
| For Period Ending: | 10/17/2017 | | Blanket Bond (per case limit): | $14,877,090.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/27/2017 | 110 | Portfolio Recovery Associates, LLC | JOHN W. FLYNN AND TRACI E. FLYNN-Unsecured-Filed: $2,027.71-Paid:$445.49 | 7100-000 | | 445.49 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 27,947.43 | 27,947.43 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 27,947.43 | 27,947.43 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $27,947.43 | $27,947.43 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-04028 | | **Trustee Name:** | John P. Neblett (580060) |
| **Case Name:** | FLYNN, JOHN W.<br>FLYNN, TRACI E. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8670 | | **Account #:** | ******2900 Checking |
| **For Period Ending:** | 10/17/2017 | | **Blanket Bond (per case limit):** | $14,877,090.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $27,947.43 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $27,947.43 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2900 Checking | $27,947.43 | $27,947.43 | $0.00 |
| | **$27,947.43** | **$27,947.43** | **$0.00** |

**10/17/2017**
**Date**

**/s/John P. Neblett**
**John P. Neblett**

**UST Form 101-7-TDR (10 /1/2010)**

Case 1:16-bk-04028-RNO    Doc 26    Filed 10/30/17    Entered 10/30/17 13:27:47    Desc
Main Document      Page 13 of 13