```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 16-04028-RNO
John W. Flynn                                                    Chapter 7
Traci E. Flynn
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr          Page 1 of 1           Date Rcvd: Oct 31, 2017
                               Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db/jdb         +John W. Flynn,   Traci E. Flynn,   1068 Briarbend Way,   Greencastle, PA 17225-8538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Branch Banking and Trust Company ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              James  Warmbrodt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-8
               bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Kathryn Leanne Mason    on behalf of Creditor   Branch Banking and Trust Company, successor in
               interest to Susquehanna Bank klm@jsdc.com,  cls@jsdc.com;eaf@jsdc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William C Cramer    on behalf of Debtor 2 Traci E. Flynn williamcramer@embarqmail.com
              William C Cramer    on behalf of Debtor 1 John W. Flynn williamcramer@embarqmail.com
                                                                                              TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John W. Flynn  
aka John Worthington Flynn, fdba Care Minders Home Care, fdba Mason Dixon Healthcare, LLC  
1068 Briarbend Way  
Greencastle, PA 17225

Traci E. Flynn  
aka Traci Erin Flynn, fka Traci Erin Karn  
1068 Briarbend Way  
Greencastle, PA 17225

Chapter 7  
Case No. 1:16−bk−04028−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5356  
xxx−xx−0871

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John P Neblett (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 31, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: LyndseyPrice, Deputy Clerk